UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED:  8/27/14
```

CLAUDE N. LEWIS,

                    Plaintiff,

          v.

AMERICAN SUGAR REFINERY,

                    Defendant.

14-cv-2302

**ORDER**

By letter dated August 21, 2014, *pro se* plaintiff Claude Lewis requests an extension of time to respond to defendant's motion to dismiss filed August 13, 2014.  The motion is granted. Plaintiff's opposition to the motion to dismiss is due on September 29, 2014.

So ordered.

Dated:   New York, New York
         August 27, 2014

_____
Thomas P. Griesa
United States District Judge

Mailed from Chambers to:

Claude Lewis
111 Dehaven Dr. #217
Yonkers, NY 10703