

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

March 15, 2018

Megan Sarah Goddard, Esq.
Goddard Law PLLC
39 Broadway
Suite 1540
New York, NY 10006
   *Email*:   Megan@goddardlawnyc.com

Gabrielle Vinci, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue
5th Floor
New York, NY 10001
   *Email*:   gvinci@nmllplaw.com

Nathaniel K. Charny, Esq.
Charny and Associates
9 West Market Street
Suite B
Rhinebeck, NY 12572
   *Email*:   ncharny@charnywheeler.com

Michael Thomas Hensley, Esq.
Bressler, Amery & Ross, PC (NYC)
17 State Street
34th Floor
New York, NY 10004
   *Email*:   mhensley@bressler.com

Lauren Fenton-Valdivia
Bressler, Amery & Ross, P.C. (NJ)
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932
   *Email*:   lfvaldivia@bressler.com

Re:   *Claude N. Lewis v. American Sugar Refining, Inc. and Mehandra Ramphal*,
      Case No. 14-cv-02302

Dear Counsel:

In reviewing the parties' exhibits, the court has noticed two issues that the parties must address by the pretrial conference on Monday, March 19, 2018:

1. The exhibits DX-66 and DX-67 were not correctly included in the copies of the exhibits provided by the parties. The Joint Pretrial Order provides that DX-66 is a Grievance dated February 24, 2016, and DX-67 is a Grievance Denial dated March 28, 2016.  Proposed Joint Pretrial Order at 36, Nov. 7, 2017, ECF No. 94.  However, the document included in the exhibits as DX-66 is actually the March 28, 2016 Grievance Denial and no document was included in the exhibits as DX-67.

    Accordingly, the court requests that the parties provide a correct copy of DX-66, the February 24, 2016 Grievance, and DX-67, the March 28, 2016 Grievance Denial, at the Pretrial Conference on Monday, March 19, 2018.

2. Plaintiff's social security number appears in DX-38.  It is my policy that all social security numbers be redacted from all exhibits that could be presented to the jury.

    Accordingly, the court requests that the parties undertake a comprehensive review of each exhibit and affirm by Monday, March 19, 2018 that all social security numbers have been redacted from every exhibit.  The parties may affirm this in court at the pretrial conference or in writing in a letter filed on the docket through ECF.  Further, the parties will redact the social security numbers from the exhibits they identify, and produce new copies of those exhibits to the court at the pretrial conference.

If you have any questions, please contact my case manager, Mr. Steve Taronji, at (212) 264-1611.

                                                            Sincerely,

                                                             /s/ Claire R. Kelly
                                                            Claire R. Kelly, Judge