

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

March 21, 2018

Megan Sarah Goddard, Esq.
Goddard Law PLLC
39 Broadway
Suite 1540
New York, NY 10006
　*Email*:　　Megan@goddardlawnyc.com

Gabrielle Vinci, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue
5th Floor
New York, NY 10001
　*Email*:　　gvinci@nmllplaw.com

Nathaniel K. Charny, Esq.
Charny and Associates
9 West Market Street
Suite B
Rhinebeck, NY 12572
　*Email*:　　ncharny@charnywheeler.com

Michael Thomas Hensley, Esq.
Bressler, Amery & Ross, PC (NYC)
17 State Street
34th Floor
New York, NY 10004
　*Email*:　　mhensley@bressler.com

Lauren Fenton-Valdivia
Bressler, Amery & Ross, P.C. (NJ)
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932
　*Email*:　　lfvaldivia@bressler.com

Re:   *Claude N. Lewis v. American Sugar Refining, Inc. and Mehandra Ramphal*,
      Case No. 14-cv-02302

Dear Counsel:

The court was advised by the Jury Department of the United States District Court for the Southern District of New York ("SDNY") that Monday, April 16, 2018 is heavily scheduled with jury requests for criminal cases and that those requests will consume the jury pool. Accordingly, the court finds it prudent to move the final pretrial conference and the selection of the jury for this action to Tuesday, April 17, 2018.

As discussed at the March 19, 2018 pretrial conference, the court will hold the final pretrial conference and select the jury at the SDNY Courthouse located at 500 Pearl Street, New York, NY 10007, and not at the United States Court of International Trade Courthouse. The court will advise the parties of the courtroom number at the SDNY Courthouse once it has been assigned. After the jury is selected for this action, the trial will proceed on Wednesday, April 18, 2018 at 10 a.m. in Courtroom 1 at the United States Court of International Trade, 1 Federal Plaza, New York, NY 10278.

If you have any questions, please contact my case manager, Mr. Steve Taronji, at (212) 264-1611.

Sincerely,

 /s/ Claire R. Kelly
Claire R. Kelly, Judge