# EXHIBIT A

```
     I2srmay1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   ROSANNA MAYO-COLEMAN,

 4                  Plaintiff,

 5             v.                             14 CV 79 (PAC)

 6   AMERICAN SUGAR HOLDING INC.
     and ROBERT JANDOVITZ,
 7                                            Trial
                    Defendants.
 8
     ------------------------------x
 9                                            New York, N.Y.
                                              February 28, 2018
10                                            9:30 a.m.

11
     Before:
12
               HON. PAUL A. CROTTY
13
                                              District Judge
14

15
               APPEARANCES
16

17   CHARNY & ASSOCIATES
          Attorneys for Plaintiff
18   BY:  NATHANIEL A. CHARNY

19
     NESENOFF & MILTENBERG LLP
20        Attorneys for Plaintiff
     BY:  MEGAN S. GODDARD
21

22   EPSTEIN BECKER & GREEN P.C.
          Attorneys for Defendants
23   BY:  KENNETH J. KELLY
          ROBERT D. GOLDSTEIN
24        CAROL J. FAHERTY

25
```

1   A.  Once again I guess hundreds.  Nonmanagement but not union?
2   Q.  Sure.
3   A.  You had hourly nonunion employees.
4   Q.  How many hourly nonunion?
5   A.  Hundreds again, I guess.
6   Q.  How many union employees?
7   A.  I don't know.  Thousands, I guess.
8           THE COURT:  Thousands you guess?
9           THE WITNESS:  Thousands, yes.
10  Q.  It's a big company, right?
11  A.  Sure.
12  Q.  It's one of the world's largest suppliers of refined sugar,
13  right?
14  A.  Yes.
15  Q.  ASR actually consists of several companies, right?
16  A.  I do believe so, yes.
17  Q.  Domino Sugar?
18  A.  Yes.
19  Q.  C&H Sugar?
20  A.  Yes.
21  Q.  Redpath Sugar?
22  A.  Yes.
23  Q.  Tate & Lyle Sugar?
24  A.  Yes.
25  Q.  Sidul?

1    A.   Yes.
2    Q.   And Belize Sugar Industries, right?
3    A.   I'm not sure of the last one.
4    Q.   Belize Sugar?
5    A.   Yes, Belize, yes.
6    Q.   ASR annual sales were in the billions of dollars, is that
7    right?
8    A.   I do believe so.
9    Q.   You oversaw HR managers at other locations of ASR, right?
10   A.   At one point in my career, yes.
11   Q.   Who did you report to in 2008?
12   A.   Donald Brainard, I do believe.
13   Q.   What was Donald Brainard's role?
14   A.   He was vice president of human resources.
15   Q.   How many vice presidents are there at ASR or were there at
16   ASR?
17   A.   I have no idea how many there are.
18   Q.   Did you report to anyone else besides Donald?
19   A.   Once Donald retired, I reported to a Kenneth Engel.  Once
20   he left the organization, I reported to a Peter Andridge.
21   Q.   Who is David Arne?
22   A.   He works in the legal department for the organization.  He
23   helps out with our labor-management in terms of negotiations,
24   etc., based out of I think Chicago he was.
25   Q.   Mr. Jandovitz, I'm sorry, if you could move your microphone

```
I31KMAY1
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ROSANNA MAYO-COLEMAN,

                Plaintiff,

          v.                             14 CV 79 (PAC)

AMERICAN SUGAR HOLDING INC.
and ROBERT JANDOVITZ,
                                         Trial
                Defendants.

------------------------------x
                                         New York, N.Y.
                                         March 1, 2018
                                         9:04 a.m.
Before:

          HON. PAUL A. CROTTY

                                         District Judge


          APPEARANCES


CHARNY & ASSOCIATES
     Attorneys for Plaintiff
BY:  NATHANIEL K. CHARNY


NESENOFF & MILTENBERG LLP
     Attorneys for Plaintiff
BY:  MEGAN S. GODDARD


EPSTEIN BECKER & GREEN P.C.
     Attorneys for Defendants
BY:  KENNETH J. KELLY
     ROBERT D. GOLDSTEIN
     CAROL J. FAHERTY
```

1  Mayo-Coleman doesn't have that power, American Sugar does.
2  American Sugar had the power to use their resources to properly
3  investigate what was going on with Tyrone Smith.  They had the
4  power, not Ms. Mayo-Coleman.
5           What did American Sugar do with all of their power,
6  all of their billions of dollars of resources at their
7  fingertips?  What did they do to protect Ms. Mayo-Coleman?  I
8  propose to you not only did they do nothing, they did less than
9  nothing.  They caused even more damage by what they did not do
10 to protect Ms. Mayo-Coleman.
11          As of 2008 Ms. Mayo-Coleman had more than 20 years
12 with American Sugar, about 20 years.  She was a union activist.
13 She was the first female shop steward, the first female union
14 delegate, by all accounts a good, smart, tough colleague and a
15 great employee of the company.
16          Tyrone Smith arrives in 2008.  You heard about the
17 creepy comments regarding the street clothes, the advances he
18 made toward her, and things got tougher.  In 2010 she reports
19 to Freddy Paniccia what's going on.  You met Freddy Paniccia.
20 A credible guy I propose; it's your decision to make.  She
21 reports to Paniccia, who is a member of management.
22          The company is on notice. He's management.  They
23 know.  As of Freddy Paniccia knowing, they know what is going
24 on.  He is a member of management.  They knew at that point.
25 Paniccia was some form of protection to Rosanna Mayo-Coleman,