# EXHIBIT C

 **TIME'S UP** ✔ @TIMESUPNOW · Mar 7
Congrats Rosanna Mayo-Coleman, who won her case in NY Federal Court today against her employer, @DominoSugar, after suffering years of sexual & workplace harassment. #TIMESUP⚖️



**Yonkers sugar refinery worker gets $13.4M after bias lawsuit**
A Yonkers sugar refinery worker whose boss allegedly "smacked" her buttocks won $13.4 million in her lawsuit against the company.
nydailynews.com

💬 33     🔁 487     ♥ 1.8K

 **Gabrielle Vinci**
@GabbyVinci

Follow

Replying to @TIMESUPNOW

# Incredibly proud to have been part of the team representing this woman. She really is an inspiration.

6:06 PM - 8 Mar 2018