# Charny & Wheeler
### Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
Russell G. Wheeler
Benjamin N. Dictor

9 West Market Street
Rhinebeck, New York 12572
Tel: 845-876-7500
Fax: 845-876-7501

March 23, 2018

<u>By ECF</u>
Hon. Claire R. Kelly
United States Court of International Trade
One Federal Plaza
New York, New York  10278-0001

Re:   Claude N. Lewis v. American Sugar Refining, Inc., et al.
         Case No. 14-cv-02302 (CRK)

Dear Judge Kelly:

This office is co-counsel to the plaintiff in the above matter.  I write in response to two Court inquiries, including:  (i) availability for a hearing regarding plaintiff's treating therapist; and (ii) reference to the Mayo-Coleman matter.

<u>Availability</u>.  All Counsel are available on April 6th and April 11th.  The preference on plaintiff's side is for April 11th.

<u>Mayo-Coleman</u>.  Unless the door is opened by defendants, Plaintiff does not intend to introduce any evidence etc. regarding the Mayo-Coleman matter, except for the use of sworn testimony therein for impeachment and examination purposes.

Thank you for your attention to this matter.

Respectfully Submitted:

*[signature]*

Nathaniel K. Charny

cc:   All Counsel (by ECF)