# Charny & Wheeler
## Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
Russell G. Wheeler
Benjamin N. Dictor

9 West Market Street
Rhinebeck, New York 12572
Tel: 845-876-7500
Fax: 845-876-7501

March 23, 2018

<u>By ECF</u>
Hon. Claire R. Kelly
United States Court of International Trade
One Federal Plaza
New York, New York  10278-0001

Re:  <u>Claude N. Lewis v. American Sugar Refining, Inc., et al.</u>
     Case No. 14-cv-02302 (CRK)

Dear Judge Kelly:

I write to slightly modify my letter regarding counsels' availability for a hearing on plaintiff's treating physician.  While counsel are available all day on April 6th, defendants' counsel is only available during the a.m. on April 11th.

Thank you for your attention to this matter.

Respectfully Submitted:

*[signature: Nathaniel K Charny]*

Nathaniel K. Charny

cc:    All Counsel (by ECF)