

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

March 26, 2018

Megan Sarah Goddard, Esq.
Goddard Law PLLC
39 Broadway
Suite 1540
New York, NY 10006
*Email*:	Megan@goddardlawnyc.com

Gabrielle Vinci, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue
5th Floor
New York, NY 10001
*Email*:	gvinci@nmllplaw.com

Nathaniel K. Charny, Esq.
Charny and Associates
9 West Market Street
Suite B
Rhinebeck, NY 12572
*Email*:	ncharny@charnywheeler.com

Michael Thomas Hensley, Esq.
Bressler, Amery & Ross, PC (NYC)
17 State Street
34th Floor
New York, NY 10004
*Email*:	mhensley@bressler.com

Lauren Fenton-Valdivia
Bressler, Amery & Ross, P.C. (NJ)
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932
*Email*:	lfvaldivia@bressler.com

Re:   *Claude N. Lewis v. American Sugar Refining, Inc. and Mehandra Ramphal*,
      Case No. 14-cv-02302

Dear Counsel:

The court requested that the parties clarify to which exhibits Defendants object on the grounds of authentication. Court's Letter at 2, Mar. 19, 2018, ECF No. 130. In your respective letters from Friday, March 23, 2018, you indicate that this list includes PX-1, PX-2, PX-3, PX-4, PX-5, PX-7, PX-21 and PX-22. Pl.'s Letter at 1, Mar. 22, 2018, ECF No. 138; Defs.' Letter at 1, Mar. 22, 2018, ECF No. 139. The court has the following questions, which counsel should be prepared to answer during the teleconference on Monday, March 26, 2018:

1. Defendants' counsel also objected to PX-9, PX-11, and PX-20 in the proposed joint pretrial order on the basis of authentication. Proposed Joint Pretrial Order at 24–26, Nov. 7, 2017, ECF No. 98. Please confirm whether these exhibits should also be included in this list of exhibits to be authenticated.

2. Please confirm whether PX-22 is one of the exhibits that have been withdrawn, as the parties indicated at the pretrial conference on March 19, 2018.

If you have any questions, please contact my case manager, Mr. Steve Taronji, at (212) 264-1611.

                                                          Sincerely,

                                                           /s/ Claire R. Kelly
                                                          Claire R. Kelly, Judge