# BRESSLER AMERY ROSS

A PROFESSIONAL CORPORATION

17 State Street ▪ New York, NY 10004

212.425.9300 ▪ fax 212.425.9337

www.bressler.com

Michael T. Hensley
Principal

Direct: 212-235-6436
mhensley@bressler.com

March 26, 2018

**VIA ECF**

Judge Claire R. Kelly
U.S. Court of International Trade
One Federal Plaza
New York, New York 10278-0001

> Re:   **Lewis v. American Sugar Refining, Inc., et al**
> **Civil Action No. 14-cv-02302**

Dear Judge Kelly:

This office represents Defendants American Sugar Refining, Inc. and Mehandra Ramphal. Please allow this letter to respond to Your Honor's letter of today's date (Dkt#142) and update the Court on Defendants' objections to Dr. Parson.

In response to the Court's letter, please be advised that the defense has withdrawn authentication objections to PX-1, PX-11 and PX-20. The only exhibits that the defense objects based on authentication are PX-1, PX-2, PX-3, PX-4, PX-5, PX-7 and PX-21.

PX-22 has been withdrawn by Plaintiff's counsels as it is identical to PX-5.

Lastly, Plaintiff's counsel confirmed that they will <u>not</u> be calling Dr. Parson as an expert witness. Therefore, this office withdraws any objections to qualifications. This office reserves the right to interpose objections during Dr. Parson's testimony if she attempts to exceed the permissible scope of a treating provider's testimony.

Respectfully submitted,

/s/ *Michael T. Hensley*

Michael T. Hensley

cc:   Nathaniel K. Charny, Esq. (via ECF only)
Megan S. Goddard (via ECF only)
Gabrielle Vinci (via ECF only)

4689744-1