

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
  Claire R. Kelly
     Judge

April 5, 2018

Megan Sarah Goddard, Esq.
Goddard Law PLLC
39 Broadway
Suite 1540
New York, NY 10006
  *Email*:   Megan@goddardlawnyc.com

Gabrielle Vinci, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue
5th Floor
New York, NY 10001
  *Email*:   gvinci@nmllplaw.com

Nathaniel K. Charny, Esq.
Charny and Associates
9 West Market Street
Suite B
Rhinebeck, NY 12572
  *Email*:   ncharny@charnywheeler.com

Michael Thomas Hensley, Esq.
Bressler, Amery & Ross, PC (NYC)
17 State Street
34th Floor
New York, NY 10004
  *Email*:   mhensley@bressler.com

Lauren Fenton-Valdivia
Bressler, Amery & Ross, P.C. (NJ)
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932
  *Email*:   lfvaldivia@bressler.com

Re:   *Claude N. Lewis v. American Sugar Refining, Inc. and Mehandra Ramphal*,
       Case No. 14-cv-02302

Dear Counsel:

The court is in receipt of the parties' request for an extension of time until Monday, April 9, 2018, to file a proposed jury instruction regarding evidence and testimony related to the financial status of American Sugar Refining Inc. as it relates to the issues of liability, compensatory damages, and punitive damages and a proposed jury instruction on the EEOC issue.  The court grants the parties' request.

If you have any questions, please contact my case manager, Mr. Steve Taronji, at (212) 264-1611.

                                                    Sincerely,

                                                     /s/ Claire R. Kelly
                                                    Claire R. Kelly, Judge