

Re: Lewis v. ASR; letter brief on Plaintiff's medical records
Michael T. Hensley
to:
Nathaniel K. Charny
04/19/2018 07:10 AM
Cc:
Lauren Fenton-Valdivia, "Steve_Taronji@cit.uscourts.gov", "Megan Goddard"
Hide Details
From: "Michael T. Hensley" <MHensley@bressler.com>
To: "Nathaniel K. Charny" <ncharny@charnywheeler.com>
Cc: Lauren Fenton-Valdivia <LFValdivia@bressler.com>, "Steve_Taronji@cit.uscourts.gov" <Steve_Taronji@cit.uscourts.gov>, "Megan Goddard" <megan@goddardlawnyc.com>
History: This message has been forwarded.

Mr. Taronji,

The defense only agrees to the proposal to redact P229, but not the others which have nothing to do with domestic violence.

Sent from my iPhone

On Apr 19, 2018, at 12:09 AM, Nathaniel K. Charny <ncharny@charnywheeler.com> wrote:

> Mr. Taronji,  Please advise the Court that Plaintiff withdraws any objection to the use of the medical records on cross-examination of the Plaintiff, provided we agree on the nominal redactions which were sent to the Defendants counsel this evening.  Thank you, Nathaniel Charny
>
> **From:** Lauren Fenton-Valdivia <LFValdivia@bressler.com>
> **Sent:** Wednesday, April 18, 2018 11:56 PM
> **To:** 'Steve_Taronji@cit.uscourts.gov' <Steve_Taronji@cit.uscourts.gov>
> **Cc:** Michael T. Hensley <MHensley@bressler.com>; Nathaniel K. Charny <ncharny@charnywheeler.com>; Megan Goddard <megan@goddardlawnyc.com>
> **Subject:** Lewis v. ASR; letter brief on Plaintiff's medical records
>
> Mr. Taronji,
> Per Judge Kelly's instructions, please find attached our brief on Plaintiff's medical records.
>
> Regards,
> Lauren
>
> **Lauren Fenton-Valdivia**
> Associate
> **BRESSLER, AMERY & ROSS, P.C.**
> 17 State Street, 34th Floor, New York, NY 10004
> 325 Columbia Turnpike, Florham Park, NJ 07932
> P: 212.235.6430  |  C: 732.331.9701
> lfvaldivia@bressler.com  |  www.bressler.com
>
> **BRESSLER**AMERY**ROSS**

This electronic message and any attachments are for the sole use of the intended recipient(s). They may contain confidential and/or privileged information or other information subject to legal restrictions regarding disclosure and/or dissemination. If you are not an intended recipient of this message, any review, retransmission, copying, use, disclosure, or dissemination of this message or its attachments is prohibited. If you received this message in error please notify the sender by replying to this message and deleting or destroying all copies of this message and any attachments.

This electronic message and any attachments are for the sole use of the intended recipient(s). They may contain confidential and/or privileged information or other information subject to legal restrictions regarding disclosure and/or dissemination. If you are not an intended recipient of this message, any review, retransmission, copying, use, disclosure, or dissemination of this message or its attachments is prohibited. If you received this message in error please notify the sender by replying to this message and deleting or destroying all copies of this message and any attachments.