

Lewis vs. ASR et al
Nathaniel K. Charny
to:
'Steve_Taronji@cit.uscourts.gov'
04/19/2018 08:46 PM
Cc:
"Michael T. Hensley", Lauren Fenton-Valdivia, "Megan Goddard (megan@goddardlawnyc.com)"
Hide Details
From: "Nathaniel K. Charny" <ncharny@charnywheeler.com>
To: "'Steve_Taronji@cit.uscourts.gov'" <Steve_Taronji@cit.uscourts.gov>
Cc: "Michael T. Hensley" <MHensley@bressler.com>, Lauren Fenton-Valdivia <LFValdivia@bressler.com>, "Megan Goddard (megan@goddardlawnyc.com)" <megan@goddardlawnyc.com>
History: This message has been forwarded.

Mr. Taronji, please pass along the following message to Judge Kelly.

Judge Kelly:

After further research and consideration, Plaintiff is withdrawing his request for three separate punitive damage lines on the verdict sheet and accepts a verdict form with a single line for entry of a single punitive damages amount, without regard to the number of successful claims. Plaintiff's other requested changes to the charge and to the verdict sheet remain.

Respectfully submitted,

Nathaniel Charny