
Lewis v. ASR; draft punitive damages charge
Lauren Fenton-Valdivia
to:
'Steve_Taronji@cit.uscourts.gov'
04/19/2018 10:52 PM
Cc:
"'Nathaniel K. Charny'", Megan Goddard, "Michael T. Hensley"
Hide Details
From: Lauren Fenton-Valdivia <LFValdivia@bressler.com>
To: "'Steve_Taronji@cit.uscourts.gov'" <Steve_Taronji@cit.uscourts.gov>
Cc: "'Nathaniel K. Charny'" <ncharny@charnywheeler.com>, Megan Goddard <megan@goddardlawnyc.com>, "Michael T. Hensley" <MHensley@bressler.com>
History: This message has been forwarded.

1 Attachment



Proposed Charge on Punitive Damages (Lewis v. ASR).DOCX

Mr. Taronji,
Defendants' proposed punitive damages charge is attached.

Regards,
Lauren

**Lauren Fenton-Valdivia**
Associate
**BRESSLER, AMERY & ROSS, P.C.**
17 State Street, 34th Floor, New York, NY 10004
325 Columbia Turnpike, Florham Park, NJ 07932
P: 212.235.6430  |  C: 732.331.9701
lfvaldivia@bressler.com  |  www.bressler.com

BRESSLERAMERYROSS

This electronic message and any attachments are for the sole use of the intended recipient(s). They may contain confidential and/or privileged information or other information subject to legal restrictions regarding disclosure and/or dissemination. If you are not an intended recipient of this message, any review, retransmission, copying, use, disclosure, or dissemination of this message or its attachments is prohibited. If you received this message in error please notify the sender by replying to this message and deleting or destroying all copies of this message and any attachments.