

Fwd: RE: Lewis vs. ASR -- proposed redactions
Nathaniel K. Charny
to:
Steve_Taronji@cit.uscourts.gov
04/21/2018 10:05 PM
Cc:
"Michael T. Hensley", Lauren Fenton-Valdivia, Megan Goddard
Hide Details
From: "Nathaniel K. Charny" <ncharny@charnywheeler.com>
To: "Steve_Taronji@cit.uscourts.gov" <Steve_Taronji@cit.uscourts.gov>
Cc: "Michael T. Hensley" <MHensley@bressler.com>, Lauren Fenton-Valdivia <LFValdivia@bressler.com>, Megan Goddard <megan@goddardlawnyc.com>
History: This message has been replied to and forwarded.

Mr. Taronji:  Below is the email thread between counsel regarding the proposed redactions.   Plaintiff's proposal is the first message.  Defendants' response is a ove that.  Thank you.

Nathaniel K. Charny
Charny & Wheeler
9 West Market Street
Rhinebeck, New York 12572
Tel (845) 876-7500
Fax (845) 876-7501
www.charnywheeler.com

---

**From:** Michael T. Hensley <MHensley@bressler.com>
**Sent:** Saturday, April 21, 2018 6:20:50 PM
**To:** Nathaniel K. Charny; Lauren Fenton-Valdivia
**Cc:** megan@goddardlawnyc.com
**Subject:** RE: Lewis vs. ASR -- proposed redactions

Nat,

I object to your proposal to strike.  I think it is clear from the transcript that you elicited that Mr. Ramphal did not have personal knowledge as to whether  Mr. Lewis actually received his holiday pay.  You did not elicit that he has no personal knowledge regarding the events leading up to Mr. Lewis' failure to show up to work, and his testimony on cross is that he did have such personal knowledge.

Very truly yours,

**Michael T. Hensley**
Principal
**BRESSLER, AMERY & ROSS, P.C.**
17 State Street, 34th Floor, New York, NY 10004
325 Columbia Turnpike, Florham Park, NJ 07932
P: 212.235.6436  |  C: 973.985.4192
mhensley@bressler.com  |  www.bressler.com

# BRESSLERAMERYROSS

**From:** Nathaniel K. Charny [mailto:ncharny@charnywheeler.com]
**Sent:** Saturday, April 21, 2018 4:33 PM
**To:** Michael T. Hensley <MHensley@bressler.com>; Lauren Fenton-Valdivia <LFValdivia@bressler.com>
**Cc:** megan@goddardlawnyc.com
**Subject:** Lewis vs. ASR -- proposed redactions

Mike:

Per the Judge's request, here is my proposal on striking Ramphal's testimony regarding the holiday pay issue.

Page 869, Line 4 through Page 870, Line 2; and Page 870, Line 7 through Page 870, Line 9.

Please let me know whether you agree and if not, your response.

Thanks,

Nat Charny

This electronic message and any attachments are for the sole use of the intended recipient(s). They may contain confidential and/or privileged information or other information subject to legal restrictions regarding disclosure and/or dissemination. If you are not an intended recipient of this message, any review, retransmission, copying, use, disclosure, or dissemination of this message or its attachments is prohibited. If you received this message in error please notify the sender by replying to this message and deleting or destroying all copies of this message and any attachments.