

Ira S. Nesenoff
Andrew T. Miltenberg

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Robert D. Werth
Jeffrey S. Berkowitz
Kara L. Gorycki

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Marybeth Sydor
*Title IX Consultant*

September 17, 2018

**VIA ELECTRONIC FILING**
Hon. Judge Claire R. Kelly
U.S. Court of International Trade
One Federal Plaza
New York, New York 10278-0001

   Re: *Claude Lewis v. American Sugar Refining, Inc., et. al.*
     *Case No. 14-cv-2302*

Dear Judge Kelly,

  As you are aware, I am counsel to Plaintiff Claude Lewis ("Plaintiff") in the above referenced matter. I write to address the Court's damages remittitur.

  Pursuant to Your Honor's August 17, 2018 Opinion & Order (Dkt. No. 208), please be advised that Plaintiff **accepts** the amounts set out therein, to wit, $115,001.00 in compensatory damages, $299,999.00 in punitive damages, and $104,000.00 in actual damages for a total of $519,000.00 in damages.

  We thank the Court for its continued attention to this matter.

             Respectfully submitted,

             */s/ Gabrielle Vinci*

             Gabrielle Vinci, Esq.

cc: All Counsel (by ECF)